| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 |
|---|---|---|

## FOR CALENDAR YEAR 1997 — 1/31/99 (5 U.S.C. App. 4, 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report: |
|---|---|---|
| Hurd, David N. | U.S. District Court Northern District of New York | Feb.12,1999 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Nominee | X Nomination, Date 1/12/99 ___ Initial ___ Annual ___Final | 1/1/97 to 1/31/99 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 10 Broad Street - Room 300 Utica, New York  13501 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| XX | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| XX | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | | | $ - - |
| 2 | | New York State School for the Deaf, Rome, NY (Teacher | $ |
| 3 | | | $ |
| 4 | | | $ |
| 5 | | | $ |
| 6 | | | $ |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hurd, David N. | Feb.12, 199? |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of
spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1. American Bar Association Retirement Plan (Keough) New York City, NY | G | Div & Int | O | T | Exempt | | | | |
| 2. Rome Savings Bank Rome, New York | A | Int | K | T | Exempt | | | | |
| 3. Rome Savings Bank Rome, New York | A | Int | J | T | Exempt | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Hurd, David N. | Date of Repo:<br>Feb.12,19! |
|---|---|---|

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; indicate, where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| ☐ NONE (No reportable liabilities.) | | |
| Marine Midland Select Credit Syracuse, NY | Revolving Charge Account | K |
| MBNA America, Wilmington, Delaware | Revolving Charge Account | K |
| | | |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less        K=$15,001-$50,000      L=$50,001-$100,000    M=$100,001-$250,000        N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000                    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## QUESTIONNAIRE FOR JUDICIAL NOMINEES
Committee on the Judiciary

## Part II.  Financial Data and Conflict of Interest

Financial Statement and Schedule are attached for Question 5

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 1 | 800 | 00 | Notes payable to banks—secured | 7 | 300 | 00 |
| U.S. Government securities—add schedule | | 0 | | Notes payable to banks—unsecured | 40 | 000 | 00 |
| Listed securities—add schedule | | 0 | | Notes payable to relatives | | 0 | |
| Unlisted securities—add schedule | | 0 | | Notes payable to others | | 0 | |
| Accounts and notes receivable | | 0 | | Accounts and bills due | | 0 | |
| Due from relatives and friends | | | | Unpaid income tax | | 0 | |
| Due from others | | | | Other unpaid tax and interest | | 0 | |
| Doubtful | | | | Real estate mortgages payable—add schedule | 35 | 000 | 00 |
| Real estate owned—add schedule | 175 | 000 | 00 | Chattel mortgages and other liens payable | | 0 | |
| Real estate mortgages receivable | | 0 | | Other debts—itemize | | 0 | |
| Autos and other personal property | 74 | 000 | 00 | | | | |
| Cash value—life insurance | 18 | 262 | 00 | | | | |
| Other assets—itemize | | | | | | | |
| Retirement Accounts | 1,525 | 800 | 00 | | | | |
| —add schedule | | | | | | | |
| | | | | Total Liabilities | 82 | 300 | 00 |
| | | | | Net Worth | 1,712 | 562 | 00 |
| Total Assets | 1,794 | 862 | 00 | Total liabilities and net worth | 1,794 | 862 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | 0 | | Are any assets pledged? (Add schedule.) | | | Yes |
| On leases or contracts | | 0 | | Are you defendant in any suits or legal actions? | | | No |
| Legal Claims | | 0 | | Have you ever taken bankruptcy? | | | No |
| Provision for Federal Income Tax | | 0 | | | | | |
| Other special debt | | 0 | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Hurd, David N. | Date of Report<br><br>Feb.12,199 |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

# IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activi and to the best of my knowledge after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period cov by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outc of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children. if any accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported ar compliance with the provisions of 5 U.S.C. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date February 12, 1999

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544